OPINION — AG — ** EMPLOYMENT SECURITY COMMISSION — ADVANCES — FEDERAL AND STATE FUNDS ** THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION MAY 'NOT' DRAW ADVANCES AVAILABLE FROM THE UNEMPLOYMENT TRUST FUND OF THE UNITED STATES TREASURY UNDER THE PROVISIONS OF 42 U.S.C.A. 1321,42 U.S.C.A. 1322, WITHOUT VIOLATING THE PROHIBITION OF STATE DEBT EMBODIED IN OKLAHOMA CONSTITUTION, ARTICLE X, SECTION 23
— ARTICLE X, SECTION 25, EXCEPT UNDER NARROW, SPECIALLY LIMITED CIRCUMSTANCES WHERE THE PROPRIETY OF SUCH AN ARRANGEMENT TURNS UPON FACTUAL CONSIDERATIONS WHICH MAY 'NOT' BE RULED UPON IN AN OFFICIAL OPINION OF THE A.G. OFFICE. (FEDERAL FUNDS, UNEMPLOYMENT COMPENSATION CONTRIBUTIONS, TAXES, GOVERNOR, DEBT, SPECIAL FUND, BALANCE BUDGET, PUBLIC DEBT, FEDERAL REGULATIONS, DEBT LIMITATIONS) CITE: ARTICLE X, SECTION 23, ARTICLE X, SECTION 24, ARTICLE X, SECTION 25, 40 O.S. 1-101 [40-1-101], 40 O.S. 1-102 [40-1-102](2), 40 O.S. 3-601 [40-3-601], 40 O.S. 3-605 [40-3-605], 40 O.S. 3-607 [40-3-607], 40 O.S. 3-608 [40-3-608] 40 O.S. 4-312 [40-4-312], 40 O.S. 4-702 [40-4-702],42 U.S.C.A. 1321, 42 U.S.C.A. 1322, 42 U.S.C.A. 1322(A),42 U.S.C.A. 1322(B) (JAMES B. FRANKS)